IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEREK BOONE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00002 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| D. NUNNLY, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff Derek Boone, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. By order entered January 3, 2017, the court conditionally filed the complaint and directed Boone to provide the court with certain financial documentation. On January 17, 2017, the court's order was returned to the court as undeliverable and with no forwarding address. Boone has not provided the court with an updated address; therefore, the court has no means of contacting Boone. Accordingly, the court will dismiss Boone's complaint without prejudice. Boone is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: January 19, 2017.

                                       */s/ Elizabeth K. Dillon*
                                       Elizabeth K. Dillon
                                       United States District Judge